## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN District of Florida

Case Number: 1:22-CV-20794-JLK

Plaintiff:
HOWARD MICHAEL CAPLAN

vs.

Defendant:
VIRGO AUTO BODY, CORP. ET AL


OJF2022005420

For:
Ronald E. Stern
THE ADVOCACY LAW FIRM, P.A.
1250 East Hallandale Beach Blvd
Suite 503
Hallandale Beach, FL 33009

Received by OJF SERVICES, INC. on the 17th day of March, 2022 at 1:39 pm to be served on **VIRGO AUTO BODY, CORP. WILLIAM VIRGO AS REGISTERED AGENT, 2360 NW 150 STREET, UNIT- D, OPA LOCKA, FL 33054**.

I, DANNY MENDEZ, do hereby affirm that on the **22nd day of March, 2022 at 11:20 am**, I:

**CORPORATE - REGISTERED AGENT:** served by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **WILLIAM VIRGO** as Registered Agent At the address of: **2360 NW 150 STREET, UNIT- D, OPA LOCKA, FL 33054** for **VIRGO AUTO BODY, CORP. WILLIAM VIRGO AS REGISTERED AGENT**, and informed said person of the contents therein, in compliance with state statutes.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A CERTIFIED PROCESS SERVER, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH THE PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525. ELECTRONIC SIGNATURES ARE NOW PERMITTED PURSUANT TO FLORIDA STATUTE 48.21. NOTARY ARE NOT REQUIRED PURSUANT TO F.S. 92.525(2).

DANNY MENDEZ
CPS #1265

OJF SERVICES, INC.
13727 S.W. 152nd Street
P.M.B. 354
Miami, FL 33177
(786) 293-5750

Our Job Serial Number: OJF-2022005420